# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.   ] | No. 3:08-00023(2) |
| ] | JUDGE NIXON |
| FRANKLIN GUZMAN ] | |

## MOTION TO CONTINUE OCTOBER 21, 2013
## SETTLEMENT CONFERENCE

Comes now the defendant, FRANKLIN GUZMAN, by and through undersigned counsel and hereby requests this Court to continue the settlement conference hearing currently scheduled for Monday, October 21, 2013 (Docket No. 412) to Thursday, October 24, 2013.

In support of this motion, Mr. Guzman submits as follows:

On October 3, 2013, the government filed an under seal matter with the Court that was also served on Mr. Guzman (Docket No. 406). This Court has set a settlement conference for October 21, 2013 (Docket No. 412) to address the issues raised by the under seal filing (Docket No. 406).

Undersigned counsel has a family matter scheduled for October 21, 2013 and is unavailable on October 21, 2013. Undersigned counsel has conferred with

Assistant United States Attorney Brent Hannafan about a convenient date, subject to this Court's approval, to reset the settlement conference. The parties request that the Court reset the settlement conference for Thursday, October 24, 2013 at 10:00 a.m.; Mr. Guzman will be present for the settlement conference.

The parties have been conferring about potential issues pertaining to the under seal pleading (Docket No. 406), as well as other issues that may need to be addressed prior to the November 5, 2013 trial date. There is an outstanding motion to dismiss that was filed in light events triggered by Mr. Clariot's October 2, 2013 plea (Docket No. 403).

Based upon the foregoing, Mr. Guzman requests that the Court grant the instant motion and continue the settlement conference from October 21, 2013 to October 24, 2013 at 10:00 a.m.

Granted. [handwritten annotation with signature]

Respectfully submitted,

/s/ Jodie A. Bell
JODIE A. BELL, No. 18336
BELL, TENNENT & FROGGE, PLLC
Bank of America Plaza
414 Union Street, Suite 904
Nashville, TN 37209
(615) 244-1110
(615) 244-1114 facsimile