IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:08-cr-00023-2 |
| v. | ) | |
| | ) | Judge Nixon |
| FRANKLIN GUZMAN | ) | |

## ORDER

A status conference is currently scheduled in this matter for October 24, 2013. The Court hereby notifies the parties of its intent to hear arguments regarding the Government's October 3, 2013, sealed Notice (Doc. No. 406) and Defendant Franklin Guzman's Motion to Dismiss (Doc. No. 403) and Motion to Compel Discovery (Doc. No. 404) at the October 24, 2013, status conference.

It is so ORDERED.

Entered this the 22nd day of October, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT