# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:08-cr-00023-2 |
| v. ) | |
| ) | Judge Nixon |
| FRANKLIN GUZMAN ) | |

## ORDER

Pending before the Court is Defendant Franklin Guzman's Motion Requesting Permission to Use Electronics During Jury Trial and Related Hearings ("Motion"), requesting permission for all defense and Government counsel to use computers, tablets, and other electronic devices during trial. (Doc. No. 428.) The Court **GRANTS** the Motion. Counsel for all Defendants and the Government shall be permitted to use computers, tablets, and similar electronic devices during trial.

It is so ORDERED.

Entered this the 28th day of October, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT