IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:08-cr-00023-2 |
| v. | ) |
| | ) Judge Nixon |
| FRANKLIN GUZMAN | ) |

## ORDER

Pending before the Court is Defendant Franklin Guzman's Motion for Additional Peremptory Challenges and the Right to Exercise Those Challenges Independently After Consultation ("Motion"), requesting, based on being joined for trial with Co-defendant Jose Clariot, that the Court grant him additional peremptory challenges and the opportunity to confer with Defendant Clariot prior to exercising challenges. (Doc. No. 339.) On September 11, 2013, the Court severed Defendants Guzman and Clariot for the purposes of trial. (Doc. No. 376.) Accordingly, the Motion is **TERMINATED AS MOOT**.

It is so ORDERED.

Entered this the 28th day of October, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT