AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

FRANKLIN GUZMAN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3-08-00023

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

John T. Nixon, Senior Judge
Name and Title of Judge

_____
Date